Patrick J. Geile
Idaho State Bar #6975
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone (208) 947-1575

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

Awawda, Nadia A

        Debtors.

Case No. 21-00029-NGH
Chapter 7

**TRUSTEE'S OBJECTION TO EXEMPTION**

---

**NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE NAMED COURT, THE DEBTOR AND DEBTOR'S ATTORNEY:

**NOTICE**

    YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| 3901 Olympia Dr. Caldwell Idaho 83605 | 55-1003 | $175,000 |

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., Boise, ID 83724; and (2) a copy with the Trustee. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## **OBJECTION**

Trustee objects to the Debtor's claim of exemption in the above-listed property, as the property may not by covered, in whole or in part, by the exemption statute listed.

1. Debtor filed for bankruptcy on or about January 18, 2021.

2. The 341 Meeting was held on February 25, 2021.

3. The Debtor listed an interest in 3901 Olympia Drive, Caldwell, ID 83605, with a value of $150,000.00, a lien of $151,885.00, and a claimed exemption of $175,000.000.

4. Initially the claim of exemption fails due to the fact that there is no equity pursuant to the Debtor's claim of exemption and pursuant to the "snapshot rule" as set forth in *Klein v. Anderson (In re: Anderson)* 9th Cir. BAP case No 19-1224 (2021)  There is no equity to protect and therefor the exemption fails.

5. In the alternative, the property may be worth substantially more than the Debtor disclosed, and upon reasonably believe, the property may in fact sell for closer to $300,000.00. Therefore, there is equity in the property that could be subject to the Debtor's claim of exemption.

6. The Debtor was not residing in the home on the date of the bankruptcy filing but did file a Declaration of Homestead on January 15, 2021.

7. At the time of the 341 Meeting, the Debtor explained that her estranged ex-husband was living on the property and that there may be damage to the interior of the property.

8. Debtor further testified that she had not been living in the property and was living in a rental at the time of the bankruptcy filing, which is reflected in the bankruptcy filing.

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

9. Based on the facts set forth in this case at this time, the Debtor does not intend to reside in the property and therefore the exemption should be disallowed.

Date: March 10, 2021                             /s/  Patrick J. Geile
                                                 Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*  _____

*Served by U.S. MAIL*  _____

Awawda, Nadia A
17536 N Moulton Place
Nampa, ID 83687

/s/  Patrick J. Geile
Date: March 10, 2021

**TRUSTEE'S OBJECTION TO EXEMPTION - 4**